KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Rd., Suite 230
Scottsdale, Arizona 85251
Telephone: (480) 306-5977
Facsimile: (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Kenneth Sean Buvala

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Sean Buvala,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Cawley & Bergmann, LLP;<br>and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:11-cv-02006-NVW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE** |

### STIPULATION OF DISMISSAL

　　The parties, through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter with prejudice, all parties to bear their own costs and attorneys' fees. A proposed form of Order is submitted herewith.

RESPECTFULLY SUBMITTED: ~~March 1, 2012~~ March 2, 2012

Lemberg & Associates, LLC

*Kindra Deneau*

KINDRA DENEAU
Attorney for Plaintiff

Bass & Associates, P.C.

*[signature]*

DAVID MELCER
Attorney for Defendants

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On ~~February 28~~ March 2, 2012, I served a true copy of foregoing document(s): **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE.**

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on ~~February 28~~ March 2, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | David Melcer, Esq.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Ste. 200<br>Tucson, Arizona 85712-1083<br><br>Donald S. Maurice, Esq.<br>Maurice & Needleman, P.C.<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ 08822-4672<br><br>**Attorneys for Defendants Cawley & Bergmann, LLP** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on ~~February 28,~~ March 2, 2012.

/s/ Allison Bernier
ALLISON BERNIER
Paralegal to Kindra Deneau